LEOPOLD GEISLER, as Administrator of the Estate of LIZZIE BUTZ, Deceased, Appellant, *v.* DAVID STEVENSON BREWING COMPANY, Respondent.

*Geisler* v. *Stevenson Brewing Co.*, 133 App. Div. 889, affirmed.
(Argued January 24, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

June 28, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action for conversion.

*Edward A. Alexander* for appellant.

*Douglas Campbell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.